Jewell SMITH, Plaintiff–Appellant,

v.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT; et al., Defendants–Appellees.

No. 01–16501.

D.C. No. CV–99–00943–RLH/LRL.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 11, 2002.*

Decided Feb. 22, 2002.

Before B. FLETCHER, T.G. NELSON, and TALLMAN, Circuit Judges.

MEMORANDUM **

Jewell Smith, a Nevada state prisoner, appeals pro se the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging deliberate indifference to his serious medical needs in violation of the Eighth Amendment. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo the district court's grant of summary judgment, *Barnett v. Centoni,* 31 F.3d 813, 815 (9th Cir.1994) (per curiam), and we affirm.

The district court properly determined that Smith's section 1983 action was barred by the two-year statute of limitations pursuant to Nevada state law, *see Perez v. Seevers,* 869 F.2d 425, 426 (9th Cir.1989) (per curiam), because Smith had reason to know of his injury over two years prior to filing his action, *see Bagley v. CMC Real Estate Corp.,* 923 F.2d 758, 760–61 (9th Cir.1991), and because he failed to establish a basis for equitable tolling, *see* Nev.Rev.Stat. § 11.250 (Nevada's tolling statute).

Because Smith did not show clear error or present new evidence, the district court did not abuse its discretion by denying his motion for reconsideration. *See Sch. Dist. No. 1J, Multnomah County, Oregon v. ACandS, Inc.,* 5 F.3d 1255, 1263 (9th Cir. 1993).

Because Smith's proposed second amendment would have been futile, the district court did not abuse its discretion by denying his motion to further amend his complaint. *See Eaglesmith v. Ward,* 73 F.3d 857, 860 (9th Cir.1995).

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

To the extent Smith intended to raise additional issues on appeal, we decline to consider them because he failed to specifically argue them in his opening brief. *See Entertainment Research Group, Inc. v. Genesis Creative Group, Inc.*, 122 F.3d 1211, 1217 (9th Cir.1997) (stating that this court reviews only issues that are argued specifically and distinctly in a party's opening brief).

AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, Cage's request for oral argument is denied.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.